AO 245D  (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
ENTERED
FEB 6 2007
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Brownsville

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **FILIBERTO CAUDILLO-SALINAS** | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: **1:03CR00296-001** |
| | USM Number: 92616-079 |
| | Rudy X. Rodriguez |
| | Defendant's Attorney |

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Mandatory and Special</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: The defendant shall not commit another federal, state, or local crime | 08/23/2006 |
| 2 | Special Condition: The defendant is not to re-enter the United States Illegally | 08/23/2006 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2856
Defendant's Date of Birth: 1976

Defendant's Residence Address:
Calle Francisco S. Carbajal No. 19
Colonia Vicente Guerrero
Matamoros, Tamaulipas, Mexico

Defendant's Mailing Address:
Calle Francisco S. Carbajal No. 19
Colonia Vicente Guerrero
Matamoros, Tamaulipas, Mexico

January 12, 2007
Date of Imposition of Judgment

Signature of Judge

**HILDA G. TAGLE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

2/5/07
Date

VBS | 469000
NR

Judgment -- Page 2 of 3

DEFENDANT: **FILIBERTO CAUDILLO-SALINAS**
CASE NUMBER: **1:03CR00296-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 4 months. _____
The term of imprisonment imposed by this judgment shall run consecutively to the defendant's term of imprisonment in Criminal Cause 1:06CR00836-001, Southern District of Texas.

☐ See Additional Imprisonment Terms

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                         UNITED STATES MARSHAL

By _____
              DEPUTY UNITED STATES MARSHAL

**NOTE: U.S. Marshal - This is 2 of 2 Judgments.

DEFENDANT: **FILIBERTO CAUDILLO-SALINAS**
CASE NUMBER: **1:03CR00296-001**

Judgment -- Page 3 of 3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | $0.00 | $0.00 |

This is not a new monetary penalty. The original assessment imposed on 09/02/03 has yet to be fully satisfied.

☐ See Additional Terms for Criminal Monetary Penalties

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine   ☐ restitution.

☐ the interest requirement for the ☐ fine   ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.